**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FELIPE HERNANDEZ GARCIA,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

**CASE NO.** 5:26-CV-04403-JAK-CTS

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The time for filing objections has expired, and no objections have been made. IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is accepted and adopted;
2. Respondents are ENJOINED from continuing to detain Petitioner **Felipe Hernandez Garcia (A 246-061-374)** unless, within seven (7) days of the date of any order adopting this Report and Recommendation, he is

provided with an individualized bond hearing before an immigration judge at which Respondents bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public; and

3. Respondents must file a status report within fourteen (14) days of the date of any order adopting this Report and Recommendation, which must discuss the results of any bond hearing held and address the question of whether the remainder of the Petition has been rendered moot; if Petitioner is not released from custody, Respondents must attach a copy of the transcript of the bond hearing to the status report.

DATED: August 24, 2026

John A. Kronstadt
United States District Judge